JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karen Sammon,<br><br>        Plaintiff,<br><br>   vs.<br><br>GC Services, L.P.; and Does 1-10, inclusive,<br><br>        Defendant. | Case No. CV13-8027 SJO (PLAx)<br><br>(Assigned to the Honorable S. James Otero, Courtroom "1")<br><br>**ORDER ON STIPULATION FOR DISMISSAL**<br><br>Complaint Filed:   October 30, 2013 |

Pursuant to the parties' Stipulation for Dismissal, good cause appearing therefor,

**IT IS HEREBY ORDERED THAT** this proceeding be dismissed without prejudice, with all parties to bear their own costs and attorneys' fees, pursuant to Fed. R. Civ. P. 41(a)(1)(ii).  The parties have leave to move to reinstate the subject action within forty-five (45) days from the date of this Stipulation for enforcement of the settlement terms.  Thereafter, the dismissal will be automatically be converted to be on the merits and with prejudice.

Dated:  February 6, 2014          By: _____
                                                  Hon. S. James Otero

1

[PROPOSED] ORDER

31524223v1 0952987

# PROOF OF SERVICE
*Sammon v. GC Services, L.P.*
*USDC Case No.:  CV13-8027 CMB (PLAx)*

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 11601 Wilshire Blvd., Suite 800, Los Angeles, CA 90025.

On February 4, 2014, I served the foregoing documents described as: **[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL**, on the following attorney(s) of record and/or interested parties in this action, by placing a true and correct copy(ies) thereof enclosed in sealed envelope(s), addressed as follows, by the following means:

| | |
|---|---|
| Tammy Hussin, Esq.<br>Lemberg & Associates, LLC<br>6404 Carlsbad, CA  92011<br>855-301-2100 x. 5514<br>thussin@lemberglaw.com<br><br>Lemberg & Associates, LLC<br>1100 Summer Street<br>Stamford, CT  06905<br>203-653-2250<br>203-653-3424 | Attorneys for Plaintiff |

**(BY MAIL)**:        I deposited/caused to be deposited such envelope in the mail at Los Angeles, California, with postage thereon fully prepaid.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with  the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.  I am aware that on motion of a party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**(BY E-MAIL)**:     I caused a true copy of the foregoing document(s) to be served by electronic email transmission at the time show on each transmission, to each interested party at the email address shown above.  Each transmission was reported as complete and without error.

**(BY CM/ECF SERVICE)**: **X**  I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

Executed on February 4, 2014, at Los Angeles, California.

**(FEDERAL)**:  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct

_____
MELANIE DAVIS

1
POS

31524223v1 0952987